UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER AVIST | CIVIL ACTION |
| VERSUS | NO. 24-1185 |
| TRAVIS DAY, ET AL. | SECTION "R" (3) |

## **ORDER AND REASONS**

Petitioner Christopher Rene Avist, an inmate incarcerated in the Rayburn Correctional Center in Angie, Louisiana, filed this petition for writ of habeas corpus under 28 U.S.C. § 2254 on April 29, 2024.[1] On June 7, 2024, Magistrate Judge Eva J. Dossier issued a Report and Recommendation ("R&R"), recommending that the Court dismiss the petition without prejudice for lack of jurisdiction as a "second or successive" petition filed without the required authorization from the Court of Appeals.[2] Avist did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that

---

[1]   R. Doc. 1.
[2]   R. Doc. 2.

there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts Magistrate Judge Dossier's R&R as its opinion. Avist's petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

New Orleans, Louisiana, this __10th__ day of July, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE